UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMA REALTY LLC,<br><br>Plaintiff,<br><br>vs.<br><br>9440 FAIRVIEW AVE. LLC, NORTH BERGEN ASPHALT LLC, JOSEPH M. SANZARI INC., JOSEPH M. SANZARI, TIMOTHY MURRAY, JOINTLY, SEVERALLY, AND INDIVIDUALLY AND TILCON NEW YORK INC.,<br><br>Defendants, | Case No.: 02:13-CV-00457 (KM/MAH)<br><br>**ORDER** |

**This matter** having been opened to the court by the Plaintiff AMA Realty LLC, through their attorneys Daniels & Daniels LLC for a motion seeking a Preliminary Injunction pursuant to Fed.R.Civ. P. 65; and Defendants having submitted papers in opposition; and, Plaintiff having submitted papers in reply; and the Court having considered the papers before it, pursuant to Federal Rule of Civil Procedure 78 (b); and for good cause shown:

It is on this ____ date of July, 2014,

Ordered that a Preliminary Injunction be issued to preserve Plaintiff's Substantive and Procedural Due Process Rights to be heard by this Court by enjoining and restraining Defendants, Defense Counsel, and all Agents Servants And/or Employees of Defendants from seeking administrative means, including Administrative Consent Orders (ACO) from the New Jersey Department of Environmental Protection (NJDEP) to enter Plaintiff's property ,and/or to remove or disturb soil and/or materials found on Plaintiff's property, located at 9501 Fairview Avenue, North Bergen, New Jersey until the conclusion of litigation.

_____

HON. KEVIN MCNULTY , U.S.D.J.