Timothy E. Corriston, Esq.
**CONNELL FOLEY LLP**
56 Livingston Avenue
Roseland, NJ 07068
(973) 535-0500
tcorriston@connellfoley.com
*Attorneys for Defendant/Counterclaimant/Third-Party Plaintiff*
*9440 Fairview Avenue LLC, and Defendants Timothy Murray,*
*Joseph Sanzari Inc. and North Bergen Asphalt LLC*

Henry E. Klingeman, Esq.
Helen A. Nau, Esq.
**KROVATIN KLINGEMAN LLC**
60 Park Place, Suite 1100
Newark, NJ 07102
(973) 424-9777
hklingeman@krovatin.com
hnau@krovatin.com
*Attorneys for Defendant Joseph Sanzari, individually*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AMA REALTY LLC, | CIVIL ACTION NO.: 02:13-cv-00457 |
| Plaintiff/Counterclaim Defendant, | |
| | *FILED ELECTRONICALLY* |
| v. | |
| 9440 FAIRVIEW AVENUE, LLC, JOSEPH SANZARI, TIMOTHY MURRAY, JOSEPH M. SANZARI INC., NORTH BERGEN ASPHALT LLC, and TILCON NEW YORK, INC. | **NOTICE OF MOTION *IN LIMINE* TO PRECLUDE THE OPINIONS OF SUSAN MIANO, CPA, ABV, CFF CONTAINED IN THE FRIEDMAN LLP EXPERT REPORT DATED FEBRUARY 29, 2016 & ADDENDUM DATED MARCH 30, 2018** |
| Defendants/Counterclaimant/ Third-Party Plaintiff | |
| v. | |
| MILLENNIUM RESOURCES RECOVERY, LTD, PERFECT BODY & FENDERS CO., INC., and JOHN DOES 1-5. | |
| Third-Party Defendants. | |

5085476-1

**TO:** Paul Batista, Esq.
26 Broadway – Suite 1900
New York, NY 10004

Michael Farhi, Esq.
Kates Nussman Rapone Ellis & Farhi, LLP
190 Moore Street, Room 306
Hackensack, NJ 07601
*Attorneys for Plaintiff, AMA Realty LLC*

**PLEASE TAKE NOTICE** that on September 26, 2019, at 10:30 a.m., or as soon thereafter as counsel may be heard, Defendant/Counterclaimant/Third-Party Plaintiff 9440 Fairview Avenue LLC, and Defendants Joseph M. Sanzari, Inc., North Bergen Asphalt LLC, and Timothy Murray, individually, by their undersigned counsel, Connell Foley LLP, and Defendant Joseph Sanzari, individually, by his counsel Krovatin Klingeman LLC, (collectively "Defendants") shall move before the Honorable John M. Vazquez, U.S.D.J., at the Martin Luther King Federal Building & U.S. Courthouse, Newark, New Jersey, for entry of an Order precluding the opinions of Susan Miano, CPA, ABV, CFF contained in the Friedman LLP Expert Report dated February 29, 2016 and Addendum dated March 30, 2018.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendants will rely upon the Brief and Certification of Timothy E. Corriston with Exhibits submitted herewith, and any additional submissions made hereafter; and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order has been submitted herewith pursuant to the Rules of this Court; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested on this matter.

5085476-1

**CONNELL FOLEY LLP**

By: /s/ Timothy E. Corriston, Esq.
 tcorriston@connellfoley.com
*Attorneys for Defendant/Counterclaimant 9440 Fairview Avenue LLC, and Defendants Joseph M. Sanzari, Inc., North Bergen Asphalt LLC, and Timothy Murray, individually*

**KROVATIN KLINGEMAN LLC**

By: /s/ Henry E. Klingeman, Esq.
 hklingeman@krovatin.com
*Attorneys for Defendant Joseph Sanzari, individually*

Dated:  July 15, 2019

5085476-1