UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMA REALTY LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>9440 FAIRVIEW AVENUE LLC, et al,<br><br>*Defendants.* | Civil Action No. 13-457 (JMV) (MF)<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

The Court reviewed the submissions from the parties. D.E. 291, 292, 293, 294, 295, 296, 297, 298, 299, 301, 302, 304, 307. The Court then heard from counsel during a pretrial conference on October 16, 2019. For the reasons stated on the record, and for good cause shown,

**IT IS** on this 16th day of October, 2019,

**ORDERED** that by 5:00 PM on October 18, 2019, the parties shall provide to the Court a complete list with the names of all parties, counsel, and witnesses. This list will be distributed to the potential jurors; and it is further

**ORDERED** that by 5:00 PM on October 18, 2019, the parties shall exchange complete copies of trial exhibits. The parties may exchange such copies electronically; and it is further

**ORDERED** that Plaintiff's request that no restrictions should be placed on the testimony of Plaintiff's expert Donald Elias, D.E. 301, is **DENIED**. Mr. Elias may testify as indicated in the Final Pretrial Order, D.E. 253, that is, "as to the amount of contaminated material dumped by Defendants onto the AMA Property"; and it is further

**ORDERED** that the parties shall submit, in Word format, a redline copy containing any edits as to the draft neutral statement of the case and the draft preliminary jury instructions.

/s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.