UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMA REALTY LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>9440 FAIRVIEW AVENUE LLC, et al.,<br><br>*Defendants.* | Civil Action No. 13-457 (JMV) (MF)<br><br>**JUDGMENT** |

This action came before the Court and was tried to a jury from October 21, 2019 to November 4, 2019. The issues have been tried and the jury rendered its verdict in favor of Plaintiff on November 4, 2019. Pursuant to Federal Rule of Civil Procedure 54, and for the reasons stated in the accompanying Opinion, and for good cause shown,

It is on this 30th day of December, 2019, hereby

**ORDERED** that Judgment is entered in favor of Plaintiff AMA Realty, LLC ("AMA") and against Defendant 9440 Fairview Avenue, LLC ("9440 Fairview") in the amount of $1,208,414.44; and it is further

**ORDERED** that AMA may seek prejudgment interest as to 9440 Fairview. AMA shall file any motion as to prejudgment interest within twenty-one (21) days of this Order; and it is further

**ORDERED** that pursuant to Rule 54(d)(1), costs are awarded to AMA as the prevailing party as to 9440 Fairview. As to costs, AMA must comply with Local Civil Rule 54.1; and it is further

**ORDERED** that AMA indicates that it is entitled to attorneys' fees and expenses pursuant

to the relevant lease with 9440 Fairview. In post-trial briefing, 9440 Fairview states that it will also be seeking attorneys' fees. Pursuant to Rule 54(d)(2), within fourteen (14) days of the entry of this Order, the parties must submit a consent order to the Court setting forth a briefing schedule as to fee applications. Any fee application must comply with Rule 54(d)(2) and Local Civil Rule 54.2. AMA must also submit a brief or memorandum of law addressing the scope of the fees to which it is entitled in light of the lease and the applicable law. 9440 Fairview must also submit a brief or memorandum setting forth the basis for it to recover fees.

                                                  */s/ John Michael Vazquez*
                                                 John Michael Vazquez
                                                 United States District Judge