# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

AMA REALTY LLC,

        *Plaintiff*,

  v.

9440 FAIRVIEW AVENUE LLC, et al.,

        *Defendants*.

Civil Action No. 13-457 (JMV) (MF)

**AMENDED ORDER**

**John Michael Vazquez, U.S.D.J.**

For the foregoing reasons, and for good cause shown

IT IS on this 18th day of November 2020,

**ORDERED** that Plaintiff's motion for prejudgment interest, D.E. 357, is **GRANTED**. Plaintiff is awarded $236,228.47 in prejudgment interest against Defendant 9440 Fairview Avenue LLC and no other Defendant; and it is further

**ORDERED** that the motion to amend judgment pursuant to Federal Rule of Civil Procedure 59(e) to include taxable costs and an award of counsel fees and litigation expenses, D.E. 364, is **GRANTED in part** and **DENIED in part**; and it is further

**ORDERED** that Plaintiff is awarded $299,585.75 in attorneys' fees against Defendant 9440 Fairview Avenue LLC and no other Defendant; and it is further

**ORDERED** that Plaintiff's request for expert fees and costs for Tom Parisi is **DENIED** and Plaintiff's request for expert fees and costs for the remaining experts is **GRANTED**. Thus, Plaintiff is awarded $19,049.80 for expert fees and costs against Defendant 9440 Fairview Avenue LLC and no other Defendant; and it is further

2

**ORDERED** that Plaintiff's request to be reimbursed for certain deposition costs as taxable costs is **DENIED** and Plaintiff's remain request for to be reimbursed for taxable costs is otherwise **GRANTED** against Defendant 9440 Fairview Avenue LLC and no other Defendant**.** Consequently, Plaintiff is awarded $5,643.05 in taxable costs.

_____
**JOHN MICHAEL VAZQUEZ, U.S.D.J.**