UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 20-1177
_____

AMA REALTY LLC, a New Jersey based Limited Liability Corporation,
Appellant

v.

9440 FAIRVIEW AVENUE LLC; NORTH BERGEN ASPHALT LLC;
JOSEPH M. SANZARI, INC; JOSEPH M. SANZARI;
TIMOTHY MURRAY, Jointly, severally, and Individually;
TILCON NEW YORK, INC.; JOHN DOES 1-5

v.

MILLENIUM RESOURCE RECOVERY, LTD.; PERFECT BODY &
FENDERS CO., INC.; LIBERTY CONSTRUCTION CORP.;
LIBERTY CONTRACTING CORP.
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2-13-cv-00457)
Honorable John M. Vazquez, U.S. District Judge
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
on July 9, 2021

Before: SHWARTZ, KRAUSE, and RENDELL, *Circuit Judges*

_____

**JUDGMENT**
_____

2

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted under L.A.R. 34.1(a) on July 9, 2021. On consideration whereof,

it is now ORDERED and ADJUDGED by this Court that the District Court's judgment entered on December 30, 2019, be and the same is hereby AFFIRMED. Costs to be taxed against the Appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATE: July 20, 2021